UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peether Vang,<br><br>  Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et al.<br><br>  Defendants. | Judge John Tunheim<br>Magistrate Judge Hildy Bowbeer<br><br>CASE NO. 0:22-cv-00582-JRT-HB<br>CASE NO. 0:22-cv-00585-JRT-HB<br>CASE NO. 0:22-cv-00587-JRT-HB<br>CASE NO. 0:22-cv-00589-JRT-HB<br>CASE NO. 0:22-cv-00590-JRT-HB<br>CASE NO. 0:22-cv-00591-JRT-HB<br>CASE NO. 0:22-cv-00592-JRT-HB<br>CASE NO. 0:22-cv-00593-JRT-HB<br><br>**NOTICE OF SETTLEMENT**<br>**WITH EXPERIAN ONLY** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Experian Information Solutions, Inc., ("Experian") have settled all asserted claims between them. This notice applies to Experian **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: May 20, 2022          **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00745-Vang