# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Peether Vang, | Judge John Tunheim |
| | Magistrate Judge Hildy Bowbeer |
| Plaintiff, | |
| | CASE NO. 0:22-cv-00582-JRT-HB |
| | CASE NO. 0:22-cv-00589-JRT-HB |
| | CASE NO. 0:22-cv-00585-JRT-HB |
| v. | CASE NO. 0:22-cv-00587-JRT-HB |
| | CASE NO. 0:22-cv-00593-JRT-HB |
| Experian Information Solutions, Inc., et al. | CASE NO. 0:22-cv-00592-JRT-HB |
| | CASE NO. 0:22-cv-00590-JRT-HB |
| Defendants. | CASE NO. 0:22-cv-00591-JRT-HB |
| | |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SOLUTIONS, LLC.** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: June 3, 2022                **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

2

Dated:  June 3, 2022 　　　　　　　　　　/s/ Jeremy J. Thompson
　　　　　　　　　　　　　　　　　　　Jeremy J. Thompson
　　　　　　　　　　　　　　　　　　　MN Bar No. 0402173
　　　　　　　　　　　　　　　　　　　Gordon Rees Scully Mansukhani, LLP
　　　　　　　　　　　　　　　　　　　100 S. Fifth Street, Suite 1900
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　Telephone:  (612) 351-5969
　　　　　　　　　　　　　　　　　　　Email: jthompson@grsm.com
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　*Equifax Information Services LLC*