# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Peether Vang, | ) | Judge John Tunheim |
| | ) | Magistrate Judge Hildy Bowbeer |
| Plaintiff, | ) | |
| | ) | CASE NO. 0:22-cv-00589-JRT-HB |
| v. | ) | CASE NO. 0:22-cv-00587-JRT-HB |
| | ) | CASE NO. 0:22-cv-00593-JRT-HB |
| Experian Information Solutions, Inc., | ) | CASE NO. 0:22-cv-00592-JRT-HB |
| et al. | ) | CASE NO. 0:22-cv-00590-JRT-HB |
| | ) | CASE NO. 0:22-cv-00591-JRT-HB |
| Defendants. | ) | |
| | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE OF EXPERIAN** |
| | | **INFORMATION SOLUTIONS, INC.** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: June 14, 2022                **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00745-Vang

Dated:  June 14, 2022  */s/ Valerie A. Stacey*
Valerie A. Stacey, MN #0399416
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8800
Fax: (844) 345-3178
vstacey@jonesday.com

**ATTORNEY FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

*Attorney for Defendant*