# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Peether Vang, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-592 JRT/TNL |
| Experian Information Solutions, Inc., and Equifax Information Services, LLC, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

these matters are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

Date: 10/12/2022

KATE M. FOGARTY, CLERK